**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1277**

───────────────

ANDREW D. ANDERSON, an individual, an American, and Disabled Veteran of Sylva, NC; We the People; All similarly situated free Americans,

       Plaintiff - Appellant,

    v.

THE STATE OF NORTH CAROLINA; THE OFFICE OF THE GOVERNOR OF NORTH CAROLINA; ROY A. COOPER, III, an individual, and Governor of North Carolina; THE OFFICE OF THE NORTH CAROLINA SUPREME COURT CHIEF JUSTICE; CHERI BEASLEY, an individual, and former Chief Justice of the North Carolina Supreme Court; PAUL NEWBY, an individual, and Chief Justice of the North Carolina Supreme Court; NORTH CAROLINA SUPERIOR COURT DISTRICT 30; BRADLEY B. LETTS, an individual, and Senior Resident Superior Court Judge 30B; NORTH CAROLINA DISTRICT COURT; ROY T. WIJEWICKRAMA, an individual, and Chief District Court Judge, 30th District; KRISTINA L. EARWOOD, an individual, and 30th District Court Judge; KALEB D. WINGATE, an individual, and 30th District Court Judge; DONA F. FORGA, an individual, and 30th District Court Judge; JOHN J. PAVEY, JR., an individual and Court-appointed counsel; JARED R. DAVIS, an individual, and Court-appointed counsel; THE OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA; JOSHUA STEIN, an individual, and Attorney General of North Carolina; THE 43RD PROSECUTORIAL DISTRICT; THE OFFICE OF THE DISTRICT ATTORNEY; ASHLEY H. WELCH, an individual, and 43rd Prosecutorial District Attorney; CHRISTINA B. MATHESON, an individual, and Assistant District Attorney for the 43rd Prosecutorial District; ANDREW C. BUCKNER, an individual, and Assistant District Attorney for the 43rd Prosecutorial District; JACOB P. PHELPS, an individual, and Assistant District Attorney for the 43rd Prosecutorial District; JENNACA D. HUGHS, an individual, and Assistant District Attorney for the 43rd Prosecutorial District; SUMER L. ALLEN, an individual, and Paralegal for the 43rd Prosecutorial District; JACKSON COUNTY, NORTH CAROLINA; JACKSON COUNTY SHERIFF'S DEPARTMENT; THE OFFICE OF THE SHERIFF; CHIP L. HALL, an individual, and retired Jackson Co. Sheriff; CNA SURETY, of Sioux Falls, SD; Small Commercial Service Center;

HEATHER BAKER, an individual, and former Jackson Co. Attorney; SHANNON H. QUEEN, an individual, and former top-ranking officer with the Jackson Co. Sheriff's Dept.; ANN D. MELTON, an individual and former Jackson Co. Clerk of Superior; THE OFFICE OF THE JACKSON COUNTY CLERK OF SUPERIOR COURT; THE OFFICE OF THE JACKSON COUNTY MAGISTRATE; JEFFERY W. POWELL, an individual, former Jackson Co. Magistrate and Deputy Magistrate; SAMUEL K. BOWERS, an individual, and former Jackson Co. Sheriff's Deputy Courthouse Security; TYLER B. BRYSON, an individual, and current Jackson Co. Sheriff's Deputy and Courthouse Security; DEREK A. ROBINSON, an individual, and former Jackson Co. Sheriff's Deputy and Courthouse Security; MEGAN L. RHINEHART, an individual and Current Jackson Co. Sheriff's Deputy; KATHLEEN D. BREEDLOVE, an individual, retired Director of Human Resources from Southwestern Community College and currently the Director of HR for Jackson Co.; SOUTHWESTERN COMMUNITY COLLEGE; LYNN P. DANN, an individual, and former Department Head, Psychology, Sociology, and Ethics Instructor at Southwestern Community College; CHERYL L. CONTINO-CONNER, an individual, and former Dean of Students at Southwestern Community College; BARBARA B. PUTMAN, an individual, and former Dean of Arts & Sciences at Southwestern Community College; THOMAS R. BROOKS, an individual, and President of Southwestern Community College; JOHN DOES, 1-99; JANE DOES, 1-99,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:24-cv-00034-MR-WCM)

---

Submitted:  August 27, 2024                                          Decided:  August 29, 2024

---

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Andrew Douglas Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew D. Anderson appeals the district court's order dismissing, after a review pursuant to 28 U.S.C. § 1915(e)(2), Anderson's federal and state civil claims against Defendants.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Anderson v. State of N. Carolina*, No. 1:24-cv-00034-MR-WCM (W.D.N.C. Mar. 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
